FOUR RIVERS INVESTMENT, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2008–5017.

United States Court of Appeals, Federal Circuit.

May 16, 2008.

Robert L. Goldstein, Law Offices of Robert L. Goldstein, San Francisco, CA, Robert A. Jones, Raj, Ltd., Las Vegas, NV, for Plaintiff–Appellant.

Teresa T. Milton, Andrea R. Tebbets, Patrick J. Urda, Meghan Wrathall, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.